**UNITED STATES of America,
Appellee,**

v.

**Merman Lee KELLER, Appellant.**

**No. 10345.**

United States Court of Appeals
Fourth Circuit.

Argued May 3, 1966.

Decided May 6, 1966.

Clement Manly Llewellyn, Ann Llewellyn McKenzie, and Llewellyn, McKenzie & Llewellyn, Concord, N. C., on brief for appellant.

Wm. Medford, U. S. Atty. (William M. Styles, Asst. U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and FIELD, District Judge.

PER CURIAM:

Upon an examination of the record and consideration of the contentions of counsel, we find no substantial error affecting the rights of the appellant.

Affirmed.

**Karl R. SMITH, James Reed, Joseph Wachtre and Ed Owens, Appellants,**

v.

**PITTSBURGH GAGE AND SUPPLY COMPANY, a Pennsylvania Corporation, and Steamfitters Local Union No. 449 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, an Unincorporated Association.**

**No. 15773.**

United States Court of Appeals
Third Circuit.

Argued May 17, 1966.

Decided June 3, 1966.

Donald E. Rohall, Pittsburgh, Pa., for appellants.

John G. Wayman, Pittsburgh, Pa. (Leonard L. Scheinholtz and Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for appellees.

Before STALEY, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

This suit was brought by appellants against their employer and union under 29 U.S.C. § 301 et seq. We have fully reviewed the record and affirm the judgment of the district court on the excellent opinion of Judge Rosenberg, 245 F.Supp. 864 (W.D.Pa., 1965).

The judgment of the district court will be affirmed.